Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

ESQUEL APPAREL INC.

                      Plaintiff,          S U M M O N S

v.                                             Court No. 21-00518

UNITED STATES,
                      Defendant.

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: 2095 | Center (if known): AFT CEE 004 |
|---|---|
| Protest Number: 2095-21-112263 | Date Protest Filed: 08/04/2021 |
| Importer: Esquel Apparel Inc. | Date Protest Denied: 8/14/2021 |
| Category of Merchandise: shirts | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 799-2167756-2 | N/A | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Patrick D. Gill
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017 / 212-549-0156
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Exclusion of the imported merchandise. It is claimed that said merchandise was not produced in whole or in part with the use of Forced Labor and should not have been denied entry.

The issue which was common to all such denied protests:

The wrongful exclusion of the imported merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Patrick D. Gill
_____
*Signature of Plaintiff's Attorney*

09/16/2021
_____
*Date*