| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

```
ESQUEL APPAREL INC.

                           Plaintiff,                        Court No. 21-00518

         v.
UNITED STATES

                           Defendant.
```

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 17, 2023

SANDLER, TRAVIS & ROSENBERG, P.A.
Attorney for Plaintiff

675 Third Avenue, Suite 1805-06
Street Address

New York, NY 10017
City, State and Zip Code

(212) 549-0137
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: August 17, 2023

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: August 17, 2023

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)